| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | ☑ FILED RECEIVED<br>☐ ENTERED SERVED ON<br>FEB 04 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>0647 1:19CR00284-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>**2:25-cr-00023-APG-BNW-1** |

| | DISTRICT<br><br>NORTHERN DISTRICT OF OHIO | DIVISION – EASTERN<br>OFFICE LOCATION – CLEVELAND |
|---|---|---|
| Christopher Anthony Thomas | SENTENCING JUDGE: The Honorable Judge Christopher Boyko | |

| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM<br>06/07/2024 | TO<br>06/06/2027 |
|---|---|---|---|

OFFENSE(S)

18:922G.F 18 U.S.C. 922(g)(1) and 924(a)(2) - Felon In Possession Of A Firearm and Ammunition

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is on active supervision in the District of Nevada where he has prosocial ties and available employment/education opportunities.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/15/25

*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

February 5, 2025

*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Christopher Anthony Thomas

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

February 4, 2025

TO:    U.S. District Judge:

On July 25, 2022, Thomas was sentenced to 32 months custody followed by three (3) years of supervised release, in the United States District Court for the Northern District of Ohio case number 1:19CR00284 for the violation of Felon in Possession of a Firearm and Ammunition. The Northern District of Ohio still has jurisdiction of this case.

On January 30, 2024, a prerelease request was accepted to reside in the District of Nevada at his wife's home in Las Vegas. On June 7, 2024, Thomas' supervision commenced in the District of Nevada.

On August 12, 2024, the undersigned officer submitted a pretransfer request for Thomas to return his supervision to the Northern District of Ohio, due to having difficulties with finances and employment stability.

On September 3, 2024, the pretransfer request for Thomas to return his supervision to the Northern District of Ohio was denied.

On December 12, 2024, Thomas submitted a positive urine drug screen for marijuana. On December 13, 2024, Thomas admitted that he had used marijuana the day prior and that he had been self-medicating due to dental pain issues.

On December 19, 2024, the undersigned officer informed the Northern District of Ohio of the above noncompliance.

On December 26, 2024, the Northern District of Ohio Probation Office filed a noncompliance report regarding Mr. Thomas to the Honorable Christopher A. Boyko. Additionally, Thomas submitted a positive urine drug screen for marijuana on January 6, 2025.

On January 15, 2025, the Honorable Christopher A. Boyko of the Northern District of Ohio initiated the transfer of jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Christopher Anthony Thomas


The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Robinson's case. The Honorable Christopher A. Boyko has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the attached probation form 22 accepting Jurisdiction.


Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2025.02.04
11:17:39 -08'00'

Nickie Pipilakis
United States Probation Officer


Approved:

Digitally signed by Steve
Goldner
Date: 2025.02.04 10:42:57
-08'00'

Steve M Goldner
Supervisory United States Probation Officer